446 F.2d 879
 J. B. KEYS, Plaintiff-Appellant,
v.
Clark CLIFFORD, Secretary of Defense, Defendant-Appellee.
No. 71-1582 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 Sept. 1, 1971.
 
 J. B. Keys, pro se.
 Anthony J. P. Farris, U.S. Atty., James R. Gough, Asst. U.S. Atty., Houston, Tex., for defendant-appellee.
 Appeal from the United States District Court for the Southern District of Texas; John V. Singleton, Jr., Judge.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966